```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 08849
   TASHA J COURSEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


           Debtor
   SSN XXX-XX-4234


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/05/2004 and was confirmed 04/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.79% from remaining funds.

     The case was paid in full 09/18/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------
AMERIQUEST MORTGAGE        CURRENT MORTG        .00            .00            .00
CITY OF CHICAGO WATER DE   SECURED              .00            .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED OTH     554.00            .00         120.68
JUDITH K CREMER CIRCUIT    PRIORITY       NOT FILED            .00            .00
AT&T BROADBAND             UNSECURED      NOT FILED            .00            .00
AT&T BROADBAND             NOTICE ONLY    NOT FILED            .00            .00
AT&T BROADBAND             NOTICE ONLY    NOT FILED            .00            .00
CHICAGO STATE UNIVERSITY   UNSECURED      NOT FILED            .00            .00
CHICAGO STATE UNIVERSITY   NOTICE ONLY    NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        2600.00            .00         566.62
EVERGREEN EMERGENCY SERV   UNSECURED      NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV   NOTICE ONLY    NOT FILED            .00            .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED            .00            .00
IQ TEL                     UNSECURED      NOT FILED            .00            .00
CB USA INC                 UNSECURED         231.63            .00          50.48
LITTLE COMPANY OF MARY     NOTICE ONLY    NOT FILED            .00            .00
MARSHALLS                  UNSECURED      NOT FILED            .00            .00
MARSHALLS                  NOTICE ONLY    NOT FILED            .00            .00
MONEY CONTROL INC          UNSECURED      NOT FILED            .00            .00
NATHANIEL MAXWELL          UNSECURED      NOT FILED            .00            .00
PAMELA BLACKMAN            UNSECURED      NOT FILED            .00            .00
PAMELA BLACKMAN            NOTICE ONLY    NOT FILED            .00            .00
PREMIUM ASSET RECOVERY C   UNSECURED         479.08            .00         104.41
B-FIRST LLC                UNSECURED         146.51            .00          31.93
SHERMAN ACQUISITION LP     NOTICE ONLY    NOT FILED            .00            .00
TCF FINANCIAL SERVICES I   UNSECURED       15355.41            .00        3346.40
WAL MART STORES INC        UNSECURED      NOT FILED            .00            .00
AMERIQUEST MORTGAGE        SECURED              .00            .00            .00
NORTHWESTERN DENTAL CENT   UNSECURED             .00           .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY      1,450.00                      1,450.00
TOM VAUGHN                 TRUSTEE                                          329.48
DEBTOR REFUND              REFUND                                           150.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 08849 TASHA J COURSEY
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 6,150.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                            4,220.52
ADMINISTRATIVE                                       1,450.00
TRUSTEE COMPENSATION                                   329.48
DEBTOR REFUND                                          150.00
                        ---------------        ---------------
TOTALS                  6,150.00                     6,150.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 12/27/07                  /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE